*E-FILED 01-07-2011*

KILPATRICK TOWNSEND AND STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
ROBERT D. TADLOCK (Bar # 238479)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-mail:  ggilchrist@kilpatricktownsend.com; rtadlock@kilpatricktownsend.com

Attorneys for Plaintiff
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS-SONOMA, INC., a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>KIDS LINE, LLC, a Delaware limited liability company,<br><br>     Defendant. | **Case No. CV 10-05316 HRL**<br><br>**STIPULATION TO EXTENSION OF SCHEDULE FOR ADR CERTIFICATION AND MEET AND CONFER;** [PROPOSED] **ORDER**<br><br>[Re:   Docket No. 7] |

The parties have engaged in preliminary discussions about the prospects of resolving this case. Defendant Kids Line has not been formally served to date.  The parties have agreed that, unless the matter is resolved in the meantime, Kids Line will agree that service has been effected as of January 14, 2011.  Because Kids Line will not have engaged litigation counsel until this time, the parties further stipulate to request the Court for leave to extend the time for filing the ADR certification, and for meeting and conferring regarding initial disclosures and a discovery plan (currently scheduled to occur by January 4, 2011) to January 31, 2011.

1  DATED: January 5, 2011                Respectfully submitted,

2

3                                              By:  */s/ Gregory S. Gilchrist*
                                                    Gregory S. Gilchrist
4                                                   KILPATRICK TOWNSEND AND STOCKTON LLP
                                                    Attorneys for Plaintiff
5                                                   WILLIAMS-SONOMA, INC.

6

7                                              By:  */s/ Marc Goldfarb*
                                                    Marc Goldfarb, Esq.
                                                    Attorney for Defendant
8                                                   KIDS LINE, LLC

9

            **the January 25, 2011 initial case management conference is continued**
10  GOOD CAUSE APPEARING, ~~it is so ordered.~~ **to February 22, 2011, 1:30 p.m.  All related deadlines**
    **(see Docket No. 4) are adjusted accordingly.   SO ORDERED**
11
      DATED: __January 7__, 2011         _____
12                                              Hon. Howard R. Lloyd
                                                United States Magistrate Judge
13

14  63080690 v1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTENSION OF ADR CERTIFICATION AND          *Williams-Sonoma, Inc. v. Kids Line, LLC*
MEET AND CONFER SCHEDULE; [~~PROPOSED~~] ORDER    - 2 -        Case No. CV 10-5316 HRL