**United States District Court**
For the Northern District of California

1

2                                          **\*E-FILED 02-18-2011\***

3

4

5

6

7                          NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   WILLIAMS-SONOMA, INC.,                    No. C10-05316 HRL

12          Plaintiff,                     **ORDER CONTINUING INITIAL CASE
                                           MANAGEMENT CONFERENCE**
13     v.

14   KIDS LINE, LLC,

15          Defendant.
     _____/
16

17          The parties advised that they were engaged in settlement negotiations.  At their request,

18   the initial case management conference was continued to February 22, 2011, and all related

19   deadlines were adjusted accordingly.  (Docket No. 8).  There has been no indication that the

20   parties have resolved this matter.  Moreover, no case management statement has been filed as

21   required by Civil Local Rule 16-9.

22          Accordingly, the initial case management conference is **continued to March 22, 2011,**

23   **1:30 p.m.**  The parties shall file a Joint Case Management Statement no later than **March 15,**

24   **2011**.  Failure to timely file that statement (or a separate statement if opposing counsel fails to

25   participate in preparation of a statement) may result in sanctions and, possibly, an order to show

26   cause why the case should not be dismissed (or default entered if it is the defendant who fails to

27   file a statement) for failure to prosecute (or defend) the action.

28

1    Additionally, **no later than March 15, 2011**, each party shall file either a consent or

2   declination to proceed before a United States Magistrate Judge.  The forms are available from

3   the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

4    If the parties settle this action, they shall promptly advise the court.

5    SO ORDERED.

6   Dated:    February 18, 2011

7

8   
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

1   5:10-cv-05316-HRL Notice has been electronically mailed to:

2   Gregory S. Gilchrist      ggilchrist@kilpatricktownsend.com, vhopper@kilpatricktownsend.com

3   Robert D Tadlock      rdtadlock@townsend.com, nghafari@townsend.com,
    vehopper@townsend.com

4

5   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3