**\*E-FILED 03-16-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | No. C10-05316 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| v. | |
| KIDS LINE, LLC, | |
| Defendant. | |

This action was filed on November 23, 2010. Defendants have never formally appeared in this matter, and little has happened in this case, except for continuances. The initial case management conference originally was set for January 25, 2011, but was continued to February 22, 2011 at the parties' request because they indicated that they were engaged in settlement discussions. (Docket No. 8). All related deadlines set in the court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 4) were adjusted accordingly. (*Id*.). By the deadline for filing the parties' Joint Case Management Statement, however, there was no indication that the case had settled. And, no one requested an extension or any continuance, or reported the status of the matter to the court.

As such, on February 18, 2011, this court issued an order continuing the initial case management conference to March 22, 2011, directing the parties to file a joint case management statement by March 15, 2011, and ordering all parties who had not yet done so to file either a

1  consent or declination to proceed before a United States Magistrate Judge by March 15, 2011.

2  There has been no activity on this docket since then.

3  Accordingly, this court will not hold an initial case management conference on March 22, 2011. Instead, plaintiff's lead attorney Gregory Gilchrist shall appear before this court on **March 22, 2011, 1:30 p.m.** and show cause why this case should not be dismissed and why he should not be sanctioned for failure to prosecute and failure to comply with court orders.

SO ORDERED.

Dated:   March 16, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05316-HRL Notice has been electronically mailed to:

2  Gregory S. Gilchrist     ggilchrist@kilpatricktownsend.com, vhopper@kilpatricktownsend.com

3  Robert D Tadlock     rtadlock@kilpatricktownsend.com, nghafari@townsend.com, vehopper@townsend.com

4

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.