*E-FILED 03-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAMS-SONOMA, INC., | No. C10-05316 HRL |
| Plaintiff, | **ORDER DISCHARGING MARCH 16, 2011 ORDER TO SHOW CAUSE** |
| v. | |
| KIDS LINE, LLC, | |
| Defendant. | |

The court having received plaintiff's counsel's explanation and apology, and this action having been voluntarily dismissed, the court's March 16, 2011 Order to Show Cause is discharged and the March 22, 2011 show cause hearing is vacated.

SO ORDERED.

Dated:   March 18, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:10-cv-05316-HRL Notice has been electronically mailed to:

2 Gregory S. Gilchrist     ggilchrist@kilpatricktownsend.com, vhopper@kilpatricktownsend.com

3 Robert D Tadlock     rtadlock@kilpatricktownsend.com, nghafari@townsend.com, vehopper@townsend.com

5 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.